F I L E D
Clerk
District Court
AUG 24 2020
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>EFRAIM M. ATALIG and EVELYN ATALIG,<br><br>                    Defendant. | Case 1:18-cr-00013<br><br><br>**ORDER** |

    Pursuant to 28 U.S.C. § 1871(b)(2), it is hereby ordered that the empaneled jurors in the trial of this case, having served more than 10 days, shall receive an additional $10.00 per day in excess of ten days on which their attendance was required.

    Dated this 24th day of August 2020.

                                            Ramona V. Manglona
                                            Chief Judge